**STEPHEN N. COLE (SB #53319)**
**THE COLE LAW FIRM**
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
(916) 376-0486

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA, a corporation

**PORTER | SCOTT**
**A PROFESSIONAL CORPORATION**
**David A. Melton, SBN 176340**
**Colleen R. Howard, SBN 257661**
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. and DOES 1 to 10 Inclusive,<br><br>Defendants. | Case No. 2:09-cv-02335-GEB-DAD<br><br>STIPULATION and ORDER THEREON FOR AMENDMENT OF COMPLAINT (Fed. R. Civ. P. 15(a)) |

NATIONWIDE MUTUAL INSURANCE COMPANY, the plaintiff in this action, and WAL-MART STORES, INC., the defendant in this action, stipulate and consent, in writing, within the meaning of Rule 15(a) of the Federal Rules of Civil

STIPULATION and ORDER THEREON FOR AMENDMENT OF COMPLAINT (Fed. R. Civ. P. 15(a))

1

1 | Procedure, that the plaintiff may file an amended complaint in this action in the form as
2 | shown in Exhibit 'A" attached to this Stipulation.

Date: _____

PLAINTIFF:


By _____
STEPHEN N. COLE
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA  95691
Tel: (916) 376-0486

DEFENDANT:


By _____
PORTER | SCOTT
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

   **IT IS ORDERED, provided that it is filed within ten days of the date on which this order is filed.**

Dated: 7/7/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION and ORDER THEREON FOR AMENDMENT OF COMPLAINT (Fed. R. Civ. P. 15(a))

2