**STEPHEN N. COLE (SB #53319)**
**THE COLE LAW FIRM**
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
(916) 376-0486

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA, a corporation

**PORTER | SCOTT**
**A PROFESSIONAL CORPORATION**
**David A. Melton, SBN 176340**
**Colleen R. Howard, SBN 257661**
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. and DOES 1 to 10 Inclusive,<br><br>    Defendants. | Case No. 2:09-cv-02335-GEB-DAD<br><br>STIPULATION TO AMEND THE INITIAL SCHEDULING CONFERENCE AND ALL DATES PROPOSED ON THE JOINT STATUS REPORT |

All of the parties to this action, by their signatures on this stipulation, agree and stipulate that all dates set forth in the Scheduling Order dated December 9, 2009, may be continued pending the addition of a new party in the above-entitled action. The parties request that the court order a new scheduling conference in this action upon the addition

of the new party. The parties have been proceeding with discovery, and exchanging documents. They will provide such documents to Spectrum Brands, as soon as Spectrum Brands makes an appearance.

    Plaintiff has stipulated with counsel for Wal-Mart Stores, Inc. to file a First Amended Complaint that clarifies the causes of action and adds Spectrum Brands as a party to the action.

    The extension is necessary because Spectrum Brands is the manufacturer of the product which caused the loss and because Spectrum Brands has only recently emerged from Bankruptcy protection.

Date: _____

PLAINTIFF:


By _____
STEPHEN N. COLE
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA  95691
Tel: (916) 376-0486

DEFENDANT:


By _____
**PORTER | SCOTT**
**A PROFESSIONAL CORPORATION**
**David A. Melton, SBN 176340**
**Colleen R. Howard, SBN 257661**
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

1 **IT IS ORDERED** that:

2 All dates set forth in the Joint Status Report and Ordered by the Court on

December 9, 2009, are vacated. A pretrial scheduling conference is scheduled to

commence at 9:00 a.m. on October 4, 2010. A joint status report shall be filed

fourteen days prior to the conferenc

Dated: 7/7/10

GARLAND E. BURRELL, JR.
United States District Judge